

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2022

No. 04-22-00362-CV

Steve **NUNEZ**,
Appellant

v.

Alma Idalia **NUNEZ**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 34916
Honorable Sid L. Harle, Judge Presiding

## O R D E R

The Appellant's Unopposed Motion to Extend Time to File Appellant's Brief is hereby GRANTED. The Appellant's brief is due on or before October 21, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court